1  V. ANDREW CASS
   Nevada Bar No. 005246
2  KRISTIN E. MEREDITH
   Nevada Bar No. 11655
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
4  Las Vegas, Nevada 89118
5  702.893.3383
   FAX: 702.893.3789
6  Attorneys for State Farm Fire and Casualty
   Company ("State Farm")
7
                  UNITED STATES DISTRICT COURT
8
                       DISTRICT OF NEVADA
9

10 NAVIN PRASAD,                        CASE NO.: 2:12-cv-00657-MMD-VCF

11         Plaintiff,
                                        **STIPULATION AND ORDER TO**
12    vs.                               **DISMISS**

13 STATE FARM FIRE AND CASUALTY
   COMPANY,
14
           Defendant.
15

16      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, NAVIN

17 PRASAD, and Defendant STATE FARM FIRE AND CASUALTY COMPANY, by and through

18 their respective counsel of record, that all claims in the above-entitled action shall be dismissed in

19 their entirety, with prejudice, each party to bear its own costs and attorneys' fees.

20

21 Dated this 15th day of June, 2012          Dated this 21 day of June, 2012

22
   _____#11743_____          _____#10171_____
23 Thomas Christensen, Esq.                  V. Andrew Cass, Esq.
24 Nevada Bar No. 002326                     Nevada Bar No. 005246
   CHRISTENSEN LAW OFFICES, LLC              Kristin E. Meredith, Esq.
25 1000 S. Valley View Blvd.                 Nevada Bar No. 011655
   Las Vegas, NV 89107                       LEWIS BRISBOIS BISGAARD & SMITH LLP
26 *Attorney for Plaintiff*                  6385 S. Rainbow Boulevard, Suite 600
27                                           Las Vegas, Nevada 89118
                                             *Attorneys for Defendant State Farm*
28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4832-4128-8719.1

1 **ORDER FOR DISMISSAL WITH PREJUDICE**

2 PURSUANT TO STIPULATION of counsel, and GOOD CAUSE APPEARING;

3 IT IS HEREBY ORDERED that all claims in the above-entitled action shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 21st day of June, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted By:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
V. Andrew Cass, Esq.   #10171
Nevada Bar No. 005246
Kristin E. Meredith, Esq.
Nevada Bar No. 011655
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4832-4128-8719.1                                    2